IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIOTA SCIENTIFIC MANAGEMENT PTY LTD.<br>U10 585 Blackburn Road<br>Notting Hill, Victoria 3168<br>AUSTRALIA,<br><br>    Plaintiff,<br><br>    v.<br><br>HON. DAVID KAPPOS<br>Under Secretary of Commerce for Intellectual<br>Property and Director of the United States Patent<br>and Trademark Office<br>Madison Building<br>600 Dulany Street<br>Alexandria, VA 22314,<br><br>    Defendant. | Civil Action No. _____ |

## COMPLAINT

Plaintiff Biota Scientific Management Pty Ltd. ("Biota"), for its Complaint against Defendant, the Honorable David Kappos, states as follows:

1. This case concerns inventive technology for treating infection by influenza virus and the denial by the United States Patent & Trademark Office ("PTO") of a patent applicant's rights to that technology. Specifically, this is an action by an applicant dissatisfied with a decision by the PTO Board of Patent Appeals and Interferences (the "Board of Appeals") in the prosecution of U.S. Patent Application No. 08/737,141 ("the '141 application"). Plaintiff seeks a judgment reversing the decision of the Board of Appeals and confirming its rights to a United States patent for its invention.

## I.   THE PARTIES

2. Plaintiff Biota Scientific Management Pty Ltd. is a corporation organized under the laws of Australia, having principle offices at 10/585 Blackburn Road, Notting Hill, VIC 3168, Australia.

3. Defendant David Kappos is the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and is being sued in his official capacity.

## II.   JURISDICTION AND VENUE

4. This Court has jurisdiction and venue pursuant to 35 U.S.C. § 145.

5. The Board of Appeals decision was rendered on March 22, 2011. As such, this Complaint is being timely filed in accordance with 37 C.F.R. §§ 1.304(a)(1) and 1.304(a)(3).

6. The Board of Appeals decision was a final decision under 37 C.F.R. § 41.2.

7. Plaintiffs have not appealed the decision of the Board of Appeals at issue in this matter to the United States Court of Appeals for the Federal Circuit.

## III.   BACKGROUND

8. On August 8, 1996, Constantin Efthymiopoulos filed a patent application with the PTO, which assigned it serial number 08/737,141. The application is a United States national phase filing of PCT International Application number PCT/EP95/01967, filed May 24, 1995, which claims the benefit of priority to GB 9410817.2, filed May 28, 1994.

9. Plaintiff Biota is the assignee of the '141 application and is the real party in interest in this case.

10. On May 28, 2007, the PTO, through Primary Examiner Shengjun Wang, finally rejected all claims pending in the '141 application, *i.e.*, claims 14-19.

11. Examiner Wang rejected claims 14-19 as obvious over AU 27242/92 to Von Itzstein *et al.* ("Von Itzstein II") in view of WO 91/16320, also to Von Itzstein *et al.* ("Von Itzstein I").

12. Plaintiff appealed the final decision of Examiner Wang to the Board of Appeals on September 27, 2007. In a Reply Brief filed October 20, 2008, Plaintiff submitted evidence rebutting grounds of rejection first raised by Examiner Wang in an Examiner's Answer dated August 20, 2008.

13. The Board of Appeals, on October 30, 2009, ordered Examiner Wang to *inter alia* (1) consider the Reply Brief, (2) respond to the evidence, and (3) have consideration of the Reply Brief be made of record (the "Order").

14. Examiner Wang refused to enter and consider the Reply Brief or the evidence.

15. At an oral hearing on March 15, 2011, Plaintiff reminded the Board of Appeals of the Order and the Examiner's failure to comply with it.

16. On March 22, 2011, the Board of Appeals affirmed the final rejection, adopting the reasoning proffered by the examiner. The decision is silent on the Order and does not consider the evidence.

### IV.   SOLE COUNT

17. Plaintiff incorporates by reference the allegations in paragraphs 1-16 above, as if fully set forth here.

18. The decision of the Board of Appeals, affirming the rejections of claims 14-19 of the '141 application based solely upon Von Itzstein I and II, was unwarranted by the facts, was unsupported by substantial evidence, was in excess of statutory jurisdiction, authority or limitation, and was arbitrary, capricious, an abuse of discretion or otherwise not in accordance with law.

19. Specifically, the Board of Appeals (a) failed to establish a *prima facie* case of obviousness, (b) failed to give proper consideration to evidence, demonstrating the *a priori* unpredictable nature of the claimed treatment method, that applicants had submitted during the briefing stage, and (c) applied incorrect legal standards in ascertaining whether claims 14-19 of the '141 application were obvious in view of the Von Itzstein references.

20. Plaintiff is entitled to an Order confirming the patentability of claims 14-19 of the '141 application.

WHEREFORE, Plaintiff respectfully prays as follows:

A. For a decree that Plaintiff is entitled to an Order confirming the patentability of claims 14-19 of the '141 application, in due form of law as prescribed by the Patent Statute, 35 U.S.C. § 1 *et seq*.

B. For a decree pursuant to 35 U.S.C. § 145, authorizing the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office to reverse the decision of the Board of Appeals and to confirm the patentability of claims 14-19 of the '141 application in due form of law, as prescribed by the Patent Statute, 35 U.S.C. § 1 *et seq*.

C.  For such other and further relief as the nature of the case may admit or require and as may be just and equitable.

Dated: May 20, 2011                               Respectfully submitted,

                                                  /s/ Liane M. Peterson
                                                  **FOLEY & LARDNER LLP**

                                                  Liane M. Peterson (D.C. Bar # 488144)
                                                  Washington Harbour
                                                  3000 K Street, N.W.
                                                  Suite 600
                                                  Washington, D.C. 20007-5109
                                                  202.672.5300 (phone)
                                                  202.672.5399 (facsimile)